IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CARLOS CAREY, #245 045, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:13-CV-705-TMH |
| | ) | [WO] |
| WARDEN RENÉ MASON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 20) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that Plaintiff's motion to dismiss Defendant Boyd is granted; Defendant Boyd is dismissed with prejudice as a party to this complaint; and this case is referred back to the Magistrate Judge for additional proceedings.

Done this 21st day of November, 2013.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE