IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CARLOS CAREY, #245 045,          )
                                 )
     Plaintiff,                  )
                                 )
     v.                          )   CIVIL ACTION NO. 2:13-CV-705-TMH
                                 )
WARDEN RENÉ MASON, *et al*.,     )
                                 )
     Defendants.                 )

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 7) in this case to which no

timely objections have been filed.  After a review of the Recommendation, and after an

independent review of the entire record, the court finds that the Recommendation should be

adopted.  Accordingly, it is

ORDERED that the Motion for Preliminary Injunction filed by Plaintiff (Doc. 1) is

DENIED; and this case is referred back to the Magistrate Judge for additional proceedings.

Done this 21st day of November, 2013.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE