IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS CAREY, #245045, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:13-CV-705-WKW |
| | )                 [WO] |
| RENE MASON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 83.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 83) is ADOPTED;

2. Plaintiff's request for equitable relief (Doc. # 1) is DISMISSED as moot;

3. The motions to dismiss filed by Defendants Siddiq and Moore (Docs. # 23, 66) is GRANTED and the case is DISMISSED with prejudice against these defendants under 42 U.S.C. § 1997e(a) for Plaintiff's failure to exhaust his administrative remedies;

4. The motions for summary judgment filed by Defendants Thomas, Randolph, King, Mason, Jenkins, and Jackson (Docs. # 34, 65) are GRANTED;

5. Defendant Whitley's motion for summary judgment (Doc. # 34) regarding the claim for monetary damages lodged against him in his official capacity is GRANTED; and

6. Defendant Whitley's motion for summary judgment (Doc. # 34) regarding Plaintiff's Eighth Amendment excessive-force claim lodged against him in his individual capacity is DENIED.

DONE this 30th day of September, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE