IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CARLOS CAREY, #245045, | * | |
| Plaintiff, | * | |
| v. | * | CASE NO.: 2:13-CV-705-GEC-WC |
| DOMINIC WHITLEY, | * | |
| Defendants. | * | |

## JOINT STIPULATION FOR DISMISSAL

Come now the parties, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., by and through

their respective undersigned counsel and jointly file this Joint Stipulation for Dismissal, and

respectfully request that this honorable Court dismiss the above-styled action with prejudice.

Respectfully submitted this the 30th day of May, 2017.

FOR PLAINTIFF:

/s/ Nikki H. Stephens
NIKKI H. STEPHENS (HUS010)
Buntin, Etheredge & Fowler, LLC
Attorney for Plaintiff
P. O. Box 1193
Dothan, AL 36302
Telephone: (334) 793-3377
Facsimile: (334) 793-7756
nikkistephenslaw@yahoo.com

FOR DEFENDANT:

Steven Marshall
Attorney General

Anne Adams (ADA054)
General Counsel

/s/ Joseph "Jody" G. Stewart, Jr.
JOSEPH "JODY" G. STEWART, JR. (STE123)
Assistant Attorney General
Alabama Department of Corrections
301 South Ripley Street
Montgomery, AL 36130
Telephone: (334) 353-4859
Facsimile: (334) 353-3891
joseph.stewart@doc.alabama.gov