IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CARLOS CAREY, #245045 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 2:13-CV-705-GEC-WC |
| | ) | |
| DOMINIC WHITLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>RESPONSE TO PLAINTIFF'S</u>**
**<u>MOTION TO ENFORCE PAYMENT OF SETTLEMENT</u>**

Comes now Nikki H. Stephens, previously appointed by this Court to represent Plaintiff, Carlos Carey, and responds to Plaintiff's Motion to Enforce Payment of Settlement as follows:

1. A cashier's check in the amount of $3,000.00 made payable to Plaintiff, Carlos Carey, was delivered to Easterling Correctional Facility on behalf of Plaintiff on or about Friday, December 1, 2017, and Plaintiff endorsed said check on the same date.

2. Upon information and belief, Easterling Correctional Facility scanned the check to their central business office in Montgomery, Alabama for depositing approval and thereafter received such approval on or about December 5, 2017.

3. Upon information and belief, the business office at Easterling Correctional Facility deposited Plaintiff's check on or about December 5, 2017, and payment will subsequently be posted to Plaintiff's account pending up to a ten (10) day hold for the check to clear Easterling Correctional Facility's financial institution.

WHEREFORE, the undersigned respectfully requests that this Honorable Court enter

an Order denying Plaintiff's Motion to Enforce Payment of Settlement as moot.

Respectfully submitted this the 6th day of December, 2017.

   /s/ Nikki H. Stephens
NIKKI H. STEPHENS   (HUS010)
1 N. Court Square
Andalusia, AL 36420
Phone: (334) 222-2513
Fax: (334) 222-6504
nikki.stephens@covicoda.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have filed the foregoing via the CM/ECF electronic filing system and a copy of the same has been sent to all counsel of record via electronic mail, and a copy has been provided by U. S. Mail to Carlos D. Carey, #245045, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017, on this the 6th day of December, 2017.

   /s/ Nikki H. Stephens
NIKKI H. STEPHENS